THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN A. LE ROY, Appellant, *v.* WILLIAM GLANVILLE et al., Individually and as Members of the Town Board of the Town of Owasco, Respondents.

*Appeal — unanimous order of Appellate Division quashing certiorari and dismissing proceeding — appeal without permission dismissed.*

*People ex rel. Le Roy* v. *Glanville*, 200 App. Div. 854, appeal dismissed.

(Argued November 19, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 20, 1921, which unanimously quashed a writ of certiorari to review the proceedings of the town board of the town of Owasco in disallowing certain claims of the relator and dismissed the proceeding.

*Martin A. Le Roy,* appellant, in person.

No appearance for respondents.

Appeal dismissed, without costs; no opinon.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.